UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT A. MATHIS,

    Plaintiff,

File no: 1:13-CV-256

v.

HON. ROBERT J. JONKER

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 17, 2017 (ECF No. 34). No objections have been filed under 28 U.S.C. 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 34) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorneys Fees Pursuant to 42 U.S.C. § 406(b), (ECF No. 31), is **GRANTED**, and counsel is awarded thirty-nine thousand, four hundred thirty dollars and fifty cents ($39,430.50) in fees pursuant to 42 U.S.C. § 406(b).

**IT IS FURTHER ORDERED** that counsel refund to Plaintiff two thousand, six hundred seventy-eight dollars and seventy-five cents ($2,678.75) previously awarded in EAJA fees.

Date:   April 25, 2017          /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            CHIEF UNITED STATES DISTRICT JUDGE